**Dismissed and Opinion Filed January 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01210-CR

**AMANDA SUE BASQUEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-57649-R**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Amanda Sue Basquez filed a pro se notice of appeal from the trial court's order modifying the conditions of her community supervision. An order modifying the conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141210F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AMANDA SUE BASQUEZ, Appellant

No. 05-14-01210-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-57649-R.
Opinion delivered by Justice Lang, Justices Brown and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 23rd day of January, 2015.